IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

R. ALEXANDER ACOSTA, Secretary of Labor

    Plaintiff

v.

SPECIAL POLICE FORCE CORP., et al

    Defendants

CV. 15-1506(CVR)

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, entered an Opinion and Order on March 27th, 2019 (Dkt. 175) finding for plaintiff and granting the request for injunction against defendant Hector Rivera and SPF, as well as finding them in violation of their record keeping duties, therefore being jointly and severally liable for the back wages and liquidated damages already found due.

WHEREFORE, it is

**IT IS ORDERED AND ADJUDGED** that defendants will comply with all that is included in said Opinion and Order.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of March 2019.

                      FRANCES RIOS DE MORAN
                       CLERK OF COURT

                      *S/ Yelitza Rivera-Buonomo*
                       Deputy Clerk